TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-12-00005-CV






LeAnn Randall, Appellant


v.


Goodall & Davison, P.C. and J. Mark Avery, Appellees






FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY

NO. 09-0430-CP4-C, HONORABLE JOHN MCMASTER, JUDGE PRESIDING





O R D E R


PER CURIAM

 Counsel for appellee J. Mark Avery has filed an unopposed motion to withdraw and
substitute counsel, asking that Jeffrey R. Jury and the law firm Burns, Anderson, Jury & Brenner,
L.L.P. be permitted to withdraw from representing him and that Clark Richards and the law firm
Richards Rodriguez & Skeith, L.L.P. be substituted as J. Mark Avery's counsel. We grant the
motion. See Tex. R. App. P. 6.5.

 It is ordered February 10, 2012.



Before Chief Justice Jones, Justices Pemberton and Rose